374 A.2d 703
Commonwealth v. Graves, Appellant.

Argued April 15, 1977.   Simon B. John, Assistant Public Defender, for appellant;  W. Tantlinger, Assistant District Attorney, with him Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.

374 A.2d 703
Commonwealth v. Greco, Appellant.

Argued March 23, 1977.   Mark A. Lublin, for appellant;  Eric J. Cox, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.